*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided October 9, 1997

STATE OF CONNECTICUT *v.* DEVON SMITH

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 285 (AC 16024), is denied.

*Daniel S. Fabricant,* special public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney , in opposition.

Decided October 9, 1997